# United States District Court
**For The Western District of North Carolina**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>Ramiro Villa Chavez | JUDGMENT IN A CRIMINAL CASE<br>(Petty / Misdemeanor Offenses)<br><br>Case Number: DNCW309CR000142-001<br><br>USM Number: 23397-058<br>Steve Slawinski<br>Defendant's Attorney |

**THE DEFENDANT:**

| | |
|---|---|
| X | pleaded guilty to count(s) 1 |
| _ | Pleaded guilty to violation(s) |
| _ | Pleaded not guilty to count(s) |
| _ | Pleaded not guilty to violation(s) |

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 8:1325(a) | CONCEALMENT OF FACTS ABOUT REENTRY | 6/12/09 | 1 |

| | |
|---|---|
| _ | Counts(s) (is)(are) dismissed on the motion of the United States. |
| _ | Violation Notice(s) (is)(are) dismissed on the motion of the United States. |
| _ | Found not guilty as to: |

**IMPOSITION OF SENTENCE:**

1. Defendant sentenced to **TIME SERVED** + $10.00 Assessment.

Date of Imposition of Sentence: 8/5/09

David S. Cayer
United States Magistrate Judge

Date Signed:     August 6, 2009

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal